## LIST OF PARTIES

**PLAINTIFF**
1. PARALLEL NETWORKS, LLC

**DEFENDANT**
1. NETFLIX, INC.
2. SKYMALL, INC.
3. ATA AIRLINES, INC.
4. JOHN WILEY & SONS, INC.
5. E*TRADE FINANCIAL CORPORATION
6. THE FINISH LINE, INC.